IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| **In Re: Application for Exemption from** | * | Miscellaneous Order No. |
| **the Electronic Public Access Fees** | * | 11-90001 |
| Rebecca J. Coleman | * | |
| Civil Justice Inc. | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | | |
| | * | |
| | * | |
| | * | |
| Debtor(s) | * | |

## ORDER GRANTING WAIVER OF FEES FOR PACER ACCESS

This matter is before the Court upon the application and request on behalf of the above named Applicant ("Applicant") for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts, solely for research concerning the outcome of Debtor Assistance Project ("DAP") counseling (the "Research").

The Court finds that for the limited purpose of the Research, the Applicant is a researcher who falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Applicant and research assistants shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use

is incurred solely for the Research in the course of academic research about the bankruptcy system. A separate login and password for access to PACER shall be issued. Applicants shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court and shall not use the login and password issued pursuant to this Order for any such other uses. Additionally, the following limitations apply:

1. This fee exemption applies only to Applicant and research assistants and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. This exemption is valid through December 31, 2011.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

It is, by the United States Bankruptcy Court for the District of Maryland,

SO ORDERED.

DATE: 2/2/2011

DUNCAN W. KEIR, Chief Judge
United States Bankruptcy Court for the
  District of Maryland

2

cc:    Rebecca J. Coleman, Esq.
       Civil Justice Inc.
       520 W. Fayette Street, Suite 410
       Baltimore, MD 21201
       cjn@civiljusticenetwork.org

       PACER SERVICE CENTER

**End of Order**